IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARIE G. BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:22-cv-577-JTA |
| | ) (WO) |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

# FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith, it is

ORDERED AND ADJUDGED that the decision of the Commissioner is hereby AFFIRMED and that this case is DISMISSED with prejudice.

The Clerk of the Court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 2nd day of February, 2024.

JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE